MICHAEL GREENBAUM, Appellant, v. JOSEPH BAER, Individually and as President of Newspaper & Mail Deliverers' Union of New York and Vicinity, et al., Respondents.— No opinion. Concur — Breitel, J. P., McNally, Eager, Steuer and Bergan, JJ.

HOTEL SULGRAVE, INC., Respondent, v. AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, Appellant.— No opinion. Concur — Breitel, J. P., McNally, Eager, Steuer and Bergan, JJ.

HYMAN ROSEN, Respondent, v. CLARENCE ELLINGTON, Appellant.— No opinion. Concur — Breitel, J. P., McNally, Eager, Steuer and Bergan, JJ.

ANNA LEWIS et al., Appellants, v. EMANUEL ALKIN et al., Respondents. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

ZAROFF BROS. AND MELNICK, Respondent, v. EMERALD PRINTING CORP. et al., Defendants, and SIMON FRIEND, Appellant.— No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

KAZ, INC., et al., Respondents, v. METROPOLITAN BROADCASTING CORPORATION, Appellant.— No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ. [27 Misc 2d 753.]

In the Matter of ALFRED BERNKRANT, Appellant, v. TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.—

No opinion. Appeal from order entered on November 13, 1961 unanimously dismissed, without costs. No opinion. Ordered entered on January 4, 1962 unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

ROBERT W. MILLER, Respondent, v. ADELE ELKIND, Appellant.— No opinion. Concur — Breitel, J. P., Valente, Stevens and Bergan, JJ.